UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

      Plaintiff,                                       Case No. 05-CR-318

      v.

**JUAN ARENAL,
ARMANDO ZUGASTIA,
TEANGELO TAYLOR a/k/a "Mel," and
SHEILA TRAMMEL-GATES,**

      Defendants.

---

## ORDER DISMISSING PROPERTY FROM
## FORFEITURE NOTICE OF THE SUPERSEDING INDICTMENT

---

Based on the government's motion to dismiss certain property specified in the forfeiture provision of the Superseding Indictment filed with this Court, the Court hereby GRANTS the motion and orders that the following items:

    A.    Approximately $16,800.00 in United States currency recovered from 3363 North 47th Street, Milwaukee, Wisconsin, on December 14, 2005, and

    B.    Approximately $1,816.00 in United States currency recovered from the glovebox of the vehicle of defendant Juan Arenal on December 14, 2005,

be dismissed from the Superseding Indictment.

Dated at Milwaukee, Wisconsin, this 24th day of May, 2006.

                                                    s/ Rudolph T. Randa
                                                    HON. RUDOLPH T RANDA
                                                    Chief Judge